| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK COUNTY SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO.: |

| | |
|---|---|
| DAVID ARNDT AND | ) |
| ANGELA ARNDT | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| CLARKSVILLE ROOSTERS LLC | ) |
| | ) |
| Defendant | ) |

# COMPLAINT FOR DAMAGES
# AND REQUEST FOR JURY TRIAL

Come now the Plaintiffs David Arndt and Angela Arndt, by Counsel Rodney Alan Tucker, of the LAW OFFICES OF RODNEY TUCKER, and for their causes of action against the above-named Defendant allege and state as follows:

CAUSE OF ACTION
(Negligence)
I

1. That on or about April 10, 2020 Plaintiffs were invitees on the premises of Defendants restaurant located in Clarksville, Clark County, Indiana, when Plaintiff David Arndt fell striking his head and suffering severe injuries due to the negligence of Defendant, through its employees and management in failing to properly clean the walking surfaces where they knew that invitees into their restaurant would be walking.

2. That Defendant was negligent in failing to maintain its premises and failing to have in place systems for checking the floor for unsafe conditions and/or providing adequate warning of the unsafe condition which existed at the time of Plaintiff's fall.

3. That this Court has jurisdiction over this matter on the basis that all acts described herein occurred in Clark County, Indiana.

**EXHIBIT 1**

4. That Venue is proper because all events herein occurred in Clark County.

5. That on or around April 10, 2020 Defendants, through their agents and employees, had a duty to provide reasonably safe walking areas or if that was not possible, to adequately warn individuals such as the Plaintiffs of the dangers of attempting to walk through their restaurant.

6. As a result of the negligent actions of Defendant, Plaintiff David Arndt was severely injured resulting in pain and suffering, the need for medical care with incurred medical expenses, as well as suffering a loss of enjoyment of life, economic and non-economic damages.

CAUSE OF ACTION
(Loss of Consortium)

II

7. That on or about April 10, 2020 Plaintiff Angela Arndt was the spouse of Plaintiff David Arndt.

8. As a direct and proximate result of the negligence of Defendant in failing to properly and safely maintain the walking areas in their premises resulting in injury to Plaintiff David Arndt, Plaintiff Angela Arndt suffered a loss of consortium and companionship of her spouse David Arndt.

CAUSE OF ACTION
(Negligent Infliction of Emotional Distress)

III

9. That on or about April 10, 2020 Plaintiff Angela Arndt was the spouse of Plaintiff David Arndt and was present when, due to Defendant's negligence, he suffered a

EXHIBIT 1

violent fall which she witnessed.

10. As a result of the negligent actions of Defendant, Plaintiff Angela Arndt heard and saw her husband fall, was in the immediate area and separately suffered severe emotional injury and distress in witnessing her husband being injured.

WHEREFORE, the Plaintiffs request an award of damages against the defendant sufficient to fully compensate them for the pain and suffering resulting from the injuries and damages which occurred as well as for the economic and non-economic damages resulting from the Defendants negligence.

> Respectfully submitted,
> LAW OFFICES OF RODNEY TUCKEDR
>
> */s/ Rodney Tucker*
> Rodney A. Tucker, # 20708-49
> Attorney for Plaintiff
> 10142 Brooks School Road, Suite 215
> Fishers, IN 46037
> (317) 753-6773

### JURY DEMAND

Plaintiffs, by Counsel, Rodney Alan Tucker, herein demand trial by jury.

> */s/ Rodney Tucker*
> Rodney A. Tucker, # 20708-49
> Attorney for Plaintiff
> 10142 Brooks School Road, Suite 215
> Fishers, IN 46037

EXHIBIT 1

Case 4:20-cv-00227-SEB-DML   Document 1-2   Filed 08/12/20   Page 4 of 19 PageID #: 8

Filed: 8/2/2020 1:46 PM
Clerk
Clark County, Indiana

10C02-2008-CT-000112
Clark Circuit Court 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK COUNTY SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO.: |

| | |
|---|---|
| DAVID ARNDT AND ANGELA ARNDT | ) ) ) |
| Plaintiffs | ) ) ) ) |
| CLARKSVILLE ROOSTERS LLC | ) ) |
| Defendant | ) |

## APPEARANCE FOR PLAINTIFFS

Comes now Rodney A. Tucker and appears for and on behalf of the Plaintiff herein

1. Initiating party:     DAVID ARNDT AND ANGELA ARNDT

2./3. Attorney for Plaintiffs is:

> Rodney A. Tucker, # 20708-49
> LAW OFFICES OF RODNEY A. TUCKER
> 10142 Brooks School Road
> Suite 215
> Fishers, IN 46037
> Tel. 317-762-9006

4. Case type:     Civil Tort

5. Appearing counsel will NOT accept service by facsimile.

6. The case does NOT involve domestic relations.

7. There are no related cases, this plaintiff is aware of.

Respectfully submitted,


_/s/ Rodney Tucker_____
Rodney A Tucker, #20708-49
Attorney for Plaintiffs

**EXHIBIT 1**

IN THE CLARK COUNTY CIRCUIT COURT 2
INDIANA

DAVID ARNDT and ANGELA ARNDT )
)
PLAINTIFFS, ) **CAUSE NO. 10C02-2008-CT-000112**
) *Electronically Filed*
VS. )
)
CLARKSVILLE ROOSTERS LLC )
)
DEFENDANT )

## **ANSWER**

Comes the Defendant, Clarksville Roosters, LLC, by counsel, and for its Answer to the Plaintiffs' Complaint, hereby states as follows:

**CAUSE OF ACTION
(NELIGENCE)
I**

1. This Defendant denies the allegations in paragraph 1 of the Plaintiffs' Complaint.

2. This Defendant denies the allegations in paragraph 2 of the Plaintiffs' Complaint.

3. This Defendant lacks information or knowledge sufficient to determine the truth or falsity of the allegations in paragraph 3 of the Plaintiffs' Complaint and, therefore, denies same.

4. This Defendant lacks information or knowledge sufficient to determine the truth or falsity of the allegations in paragraph 4 of the Plaintiffs' Complaint and, therefore, denies same.

5. In response to paragraph 5 of the Plaintiffs' Complaint, this Defendant states that it complied with all legal duties, and to the extent paragraph 5 of the Plaintiffs' Complaint states otherwise or misstates this Defendant's duties, the allegations contained within paragraph 5 of the Plaintiffs' Complaint are denied. This Defendant denies any additional allegations in paragraph 5 of the Plaintiffs' Complaint.

6. This Defendant denies the allegations in paragraph 6 of the Plaintiffs' Complaint.

**EXHIBIT 1**

## CAUSE OF ACTION
### (LOSS OF CONSORTIUM)
### II

7. This Defendant lacks information or knowledge sufficient to determine the truth or falsity of the allegations in paragraph 7 of the Plaintiffs' Complaint and, therefore, denies same.

8. This Defendant denies the allegations in paragraph 8 of the Plaintiffs' Complaint.

## CAUSE OF ACTION
### (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)
### III

9. This Defendant denies the allegations in paragraph 9 of the Plaintiffs' Complaint.

10. This Defendant denies the allegations in paragraph 10 of the Plaintiffs' Complaint.

11. Each and every allegation contained in the Plaintiffs' Complaint that is not specifically admitted herein is hereby expressly denied.

## FIRST DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiffs' Complaint fails to state a claim against it for which relief may be granted.

## SECOND DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiffs' Complaint fails to name and join in this action all real parties in interest and/or all indispensable necessary and proper parties.

## THIRD DEFENSE

As an affirmative defense, this Defendant specifically pleads that the damages alleged in Plaintiffs' Complaint, if any, were the direct and proximate result of the sole and/or comparative negligence of one or more of the Plaintiffs and/or persons or entities not presently parties to this lawsuit.

EXHIBIT 1

**FOURTH DEFENSE**

The fault of one or more of the Plaintiffs may be greater than 50% of the fault of those against whom fault can be assessed, and the Plaintiffs may, therefore, be barred from recovery.

**FIFTH DEFENSE**

As an affirmative defense, this Defendant specifically pleads that the damages alleged in Plaintiffs' Complaint, if any, were avoidable consequences, since Plaintiffs failed to mitigate or reduce their alleged damages, if any.

**SIXTH DEFENSE**

As an affirmative defense, this Defendant specifically pleads that one or more of the Plaintiffs may have waived their right to assert a claim against it and are, therefore, estopped to do so in this lawsuit.

**SEVENTH DEFENSE**

The Plaintiff's Complaint may be barred due to insufficiency of service of process and lack of personal jurisdiction.

**EIGHTH DEFENSE**

As an affirmative defense, this Defendant specifically pleads that the injuries and damages alleged in Plaintiffs' Complaint, if any, were the direct and proximate result of superseding and/or intervening causes over which this Defendant had no responsibility or control.

**NINTH DEFENSE**

As an affirmative defense, this Defendant state that, if the Plaintiff's fall was caused by any dangerous condition on the premises described in the Plaintiffs' Complaint, which is specifically denied, then that condition was open and obvious to one or more of the Plaintiffs.

EXHIBIT 1

### TENTH DEFENSE

As an affirmative defense, this Defendant state that the Plaintiffs' claims are barred, in whole or in part, by the doctrine of assumption of the risk.

### ELEVENTH DEFENSE

As an affirmative defense, this Defendant states that if any dangerous condition was present on the premises described in the Plaintiffs' Complaint, which is specifically denied, then said condition was not discovered by this Defendant, despite its exercise of all reasonable care to discover same, and/or this Defendant gave warning adequate to enable the Plaintiffs to avoid harm and/or otherwise protect themselves from harm.

### TWELFTH DEFENSE

One or more of the Plaintiffs may lacks standing to assert one or more of the claims alleged in the Plaintiffs' Complaint.

### THIRTEENTH DEFENSE

This Defendant states that, if discovery reveals the damages of which the Plaintiffs complain were caused in any way by an underlying condition or disease process in either Plaintiff and not by any action or failure to act on the part of this Defendant, then this Defendant is not liable to Plaintiffs.

### FOURTEENTH DEFENSE

At all times relevant to this action, the part of the premises which forms the basis of the Plaintiffs' Complaint conformed to the applicable laws, statutes, ordinances, codes, regulations, and industry standards.

EXHIBIT 1

**FIFTEENTH DEFENSE**

This Defendant is entitled to a credit or set-off to the extent that collateral source benefits have been paid to or on behalf of either Plaintiff.

**SIXTEENTH DEFENSE**

This Defendant relies upon the "write-down" or "write-off" doctrine as expressed in *Stanley v. Walker*, 906 N.E. 2d 852 (Ind. 2009) and states that there may be issues concerning the reasonableness and necessity of certain alleged healthcare treatment and costs.

**SEVENTEENTH DEFENSE**

This Defendant reserves all defenses available under TR 8 and 12 as if set forth fully herein.

**EIGHTEENTH DEFENSE**

This Defendant reserves the right to amend this Answer or to assert any additional defenses that become known and available to it.

WHEREFORE, the Defendant prays the Court as follows:

1. That Plaintiffs' Complaint filed against it in this action be dismissed with prejudice and stricken from the docket;

2. That this Defendant be awarded its costs herein expended, including reasonable attorneys' fees (if applicable);

3. For a trial of this cause by jury; and,

4. For any and all other just and proper relief to which Defendant may appear entitled.

EXHIBIT 1

        Respectfully submitted,

        WALTERS RICHARDSON, PLLC

        /s/Douglas P. Dawson
        Douglas P. Dawson    (Bar #: 29645-22)
        920 Lily Creek Road, Suite 102
        Louisville, Kentucky 40243
        Telephone:   (502) 785-9090
        Facsimile:    (502) 742-0326
        Email:           Doug@WaltersRichardson.com
        COUNSEL FOR DEFENDANT,
        CLARKSVILLE ROOSTERS, LLC

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing has been served on the following on this the 4th day of September, 2020 via the Indiana E-Filing System:

Rodney A. Tucker
Law Offices of Rodney Tucker
10142 Brooks School Road, Suite 215
Fishers, IN 46037
*Counsel for Plaintiff*

        /s/Douglas P. Dawson
        COUNSEL FOR DEFENDANT,
        CLARKSVILLE ROOSTERS, LLC

7383.006789C:\NRPortbl\Golden_and_Walters\BEVERLY\1311976_1.docx

EXHIBIT 1

IN THE CLARK COUNTY CIRCUIT COURT 2
INDIANA

| | |
|---|---|
| DAVID ARNDT and ANGELA ARNDT | ) |
| PLAINTIFFS, | ) **CAUSE NO. 10C02-2008-CT-000112** |
| | ) *Electronically Filed* |
| VS. | ) |
| | ) |
| CLARKSVILLE ROOSTERS LLC | ) |
| DEFENDANT | ) |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

    Initiating ___        Responding _X__        Intervening ____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party:        CLARKSVILLE ROOSTERS, LLC

    Address of Party:     1601 Greentree Blvd.
                          Clarksville, IN  47129

2. Attorney information for service as required by Trial Rule 5(B)(2)

    Name:        Douglas P. Dawson          Atty Number: 29645-22
    Address:     920 Lily Creek Road, Suite 102
                 Louisville, Kentucky  40243
    Phone:       (502) 785-9090
    FAX:         (502) 742-0326
    Email Address: doug@waltersrichardson.com

    **IMPORTANT**:  Each attorney specified on this appearance:
    (a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
    (b)   **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
    (c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys

**EXHIBIT 1**

      contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No _X_  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No _X_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:
   - _____ Attorney's address
   - _____ The Attorney General Confidentiality program address
     (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
   - _____ Another address (provide) _____

6. This case involves a petition for involuntary commitment. Yes ____ No _X_ If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment: ____

7. There are related cases: Yes ____ No _X_ *(If yes, list on continuation page.)*

8. Additional information required by local rule: _N/A_

9. There are other party members: Yes ____ No _X_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached: Yes _X_ No ___

      Respectfully submitted,

      /s/Douglas P. Dawson
      Douglas P. Dawson   (Bar #: 29645-22)
      WALTERS RICHARDSON, PLLC
      920 Lily Creek Road, Suite 102
      Louisville, Kentucky 40243
      Telephone:   (502) 785-9090
      Email:    Doug@WaltersRichardson.com
      COUNSEL FOR DEFENDANT,
      CLARKSVILLE ROOSTERS, LLC

**EXHIBIT 1**

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing has been served on the following on this the 4th day of September, 2020 via the Indiana E-Filing System:

Rodney A. Tucker
Law Offices of Rodney Tucker
10142 Brooks School Road, Suite 215
Fishers, IN 46037
*Counsel for Plaintiff*

                                              /s/Douglas P. Dawson
                                              COUNSEL FOR DEFENDANT,
                                              CLARKSVILLE ROOSTERS, LLC

7383.006789C:\NRPortbl\Golden_and_Walters\BEVERLY\1307994_1.docx

EXHIBIT 1

Filed: 9/4/2020 1:25 PM
Clerk
Clark County, Indiana

IN THE CLARK COUNTY CIRCUIT COURT 2
INDIANA

| | |
|---|---|
| DAVID ARNDT and ANGELA ARNDT ) | |
| ) | **CAUSE NO. 10C02-2008-CT-000112** |
| PLAINTIFFS, ) | *Electronically Filed* |
| ) | |
| VS. ) | |
| ) | |
| CLARKSVILLE ROOSTERS LLC ) | |
| ) | |
| DEFENDANT ) | |

## NOTICE OF SERVICE

Comes the Defendant, Clarksville Roosters, LLC, by counsel, and hereby certifies that the Defendant has, pursuant to Rules 33, 34, and 36 of the Indiana Rules of Trial Procedure, served its First Set of Interrogatories, Requests for Admissions, and Request for Production of Documents upon the Plaintiff, David Arndt, on this the 4th day of September, 2020.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

/s/Douglas P. Dawson
Douglas P. Dawson    (Bar #: 29645-22)
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:    (502) 785-9090
Facsimile:    (502) 742-0326
Email:    Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT,
CLARKSVILLE ROOSTERS, LLC

EXHIBIT 1

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on the following on this the 4th day of September, 2020 via the Indiana E-Filing System:

Rodney A. Tucker
Law Offices of Rodney Tucker
10142 Brooks School Road, Suite 215
Fishers, IN 46037
rodtuckerlaw@gmail.com
*Counsel for Plaintiff*

                                            /s/Douglas P. Dawson
                                            COUNSEL FOR DEFENDANT,
                                            CLARKSVILLE ROOSTERS, LLC

7383.006789C:\NRPortbl\Golden_and_Walters\BEVERLY\1323737_1.docx

EXHIBIT 1

Filed: 9/4/2020 1:25 PM
Clerk
Clark County, Indiana

IN THE CLARK COUNTY CIRCUIT COURT 2
INDIANA

| | |
|---|---|
| DAVID ARNDT and ANGELA ARNDT ) | |
| ) | **CAUSE NO. 10C02-2008-CT-000112** |
| PLAINTIFFS, ) | *Electronically Filed* |
| ) | |
| VS. ) | |
| ) | |
| CLARKSVILLE ROOSTERS LLC ) | |
| ) | |
| DEFENDANT ) | |

## NOTICE OF SERVICE

Comes the Defendant, Clarksville Roosters, LLC, by counsel, and hereby certifies that the Defendant has, pursuant to Rules 33, 34, and 36 of the Indiana Rules of Trial Procedure, served its First Set of Interrogatories, Requests for Admissions, and Request for Production of Documents upon the Plaintiff, Angela Arndt, on this the 4th day of September, 2020.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

/s/Douglas P. Dawson
Douglas P. Dawson    (Bar #: 29645-22)
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:      (502) 785-9090
Facsimile:      (502) 742-0326
Email:          Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT,
CLARKSVILLE ROOSTERS, LLC

EXHIBIT 1

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on the following on this the 4th day of September, 2020 via the Indiana E-Filing System:

Rodney A. Tucker
Law Offices of Rodney Tucker
10142 Brooks School Road, Suite 215
Fishers, IN 46037
rodtuckerlaw@gmail.com
*Counsel for Plaintiff*

      /s/Douglas P. Dawson
      COUNSEL FOR DEFENDANT,
      CLARKSVILLE ROOSTERS, LLC

7383.006789C:\NRPortbl\Golden_and_Walters\BEVERLY\1323739_1.docx

EXHIBIT 1

IN THE CLARK COUNTY CIRCUIT COURT 2
INDIANA

| | |
|---|---|
| DAVID ARNDT and ANGELA ARNDT ) | |
| ) | **CAUSE NO. 10C02-2008-CT-000112** |
| PLAINTIFFS, ) | *Electronically Filed* |
| ) | |
| VS. ) | |
| ) | |
| CLARKSVILLE ROOSTERS LLC ) | |
| ) | |
| DEFENDANT ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. § 1446(d), Defendant, Clarksville Roosters, LLC, has on this 5th day of November 2020 removed this action by filing a Notice of Removal in the United States District Court for the Southern District of Indiana, New Albany Division, together with a complete copy of all process, pleadings, and orders served upon this Defendant in the state court action as of the date of the filing of the removal. A complete, true, and correct copy of such Notice of Removal, without exhibits, is attached hereto as Exhibit A.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/Douglas P. Dawson*
Douglas P. Dawson   (Bar #: 29645-22)
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:     (502) 785-9090
Facsimile:     (502) 742-0326
Email:     Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT,
CLARKSVILLE ROOSTERS, LLC

**EXHIBIT 1**

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on the following on this the 5th day of November, 2020 via the Indiana E-Filing System:

Rodney A. Tucker
Law Offices of Rodney Tucker
10142 Brooks School Road, Suite 215
Fishers, IN 46037
rodtuckerlaw@gmail.com
*Counsel for Plaintiff*

                                                    */s/Douglas P. Dawson*
                                                    COUNSEL FOR DEFENDANT,
                                                    CLARKSVILLE ROOSTERS, LLC

7383.006789C:\NRPortbl\Golden_and_Walters\BEVERLY\1362008_1.docx

**EXHIBIT 1**